IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) Case No. 10-CR-0018<br>JOHN WOLENEC, )<br>)<br>Defendants. )<br>) | |

FINAL ORDER OF FORFEITURE

Based upon the motion of the United States, the entire file in this case, and good cause appearing, the Court finds that:

1. On May 25, 2010, an Information was filed as to John Wolenec. Count one charged Wolenec with knowingly attempting to possess photographs containing visual depictions that would have been mailed in, and would have affected, interstate commerce, believing that the production of such visual depictions would involve the use of a minor engaging in sexually explicit conduct and which images the defendant requested be sent to an address in Dodgeville, Wisconsin, from Illinois, in violation of Title 18, United States Code, Sections 2252(a)(4)(B). The information also contained a forfeiture allegation for the forfeiture of a LG cellular phone, serial number 802KPXV00086898, (US Cellular Service), by virtue of the commission of the offense charged in Count one, pursuant to Title 18, United States Code, Section 2253.

2. On May 28, 2010, the defendant agreed to waive indictment and plead guilty to Count one of the information, pursuant to a written plea agreement. In the plea agreement, the defendant agrees to forfeit the LG cellular phone, serial number 802KPXV00086898, (US Cellular Service) as set forth in the forfeiture allegation of the Information.

3. On June 23, 2010, the Court entered a Preliminary Order of Forfeiture.

4. Publication was posted for at least 30 consecutive days beginning on June 25, 2010, on the official government internet website (www.forfeiture.gov), pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Action.

5. No petition or claim for the property has been filed with the Clerk of Courts, and the time for presenting a claim or petition has expired.

IT IS THEREFORE ORDERED:

1. That all right, title, and interest is hereby conveyed to the United States of America in the LG cellular phone, serial number 802KPXV00086898, (US Cellular Service).

2. The government is directed to dispose of the above property in accordance with federal law.

ORDERED this 30th day of August 2010.

William M. Conley
United States District Judge